UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                                CASE NO. 8:04-CR-00335-EAK-EAJ

SPENCER, ET AL.
_____/

ORDER ON DEFENDANT'S MOTIONS

THIS CAUSE is before this Court on Defendant's, Javier Mauricio Bolanos-Rojas, Motion for Return of Property (Doc. 359) and Motion to Obtain Sentencing Transcripts without Prepayment of Fees or Costs (Doc. 360). The Defendant alleges that upon arrest, the following property items were seized from him:

1) A watch,

2) A wallet,

3) A Columbian driver's license identification card,

4) And other articles.

The Defendant has not indicated a preferred address or designee. The Government is hereby ordered to file a response to Defendant's Motion (Doc. 359) on or before June 20, 2011. This Court defers ruling upon Defendant's Motion until such a response is filed.

In reference to Defendant's Motion requesting transcripts, the Defendant states that such transcripts are necessary to defend himself to file a motion under 28 U.S.C. §225. This Court takes judicial notice that such a section does not exist under U.S.C. Even assuming *arguendo* that Defendant intended to reference 28 U.S.C. §2255, the issue of transcripts is moot as Defendant was released on December 17, 2010. Furthermore, the denial for Defendant's motion for transcripts will also be denied because Defendant can file the motion to vacate without a complete record of his case. See Donovan v. Maine, 276 F.3d 87, 93 (1st Cir. 2002) (habeas corpus petition need not be pleaded with particularity, so citation to transcript unnecessary); Lloyd v. Van Natta, 296 F.3d 630 (7th Cir. 2001), cert. denied 123 S. Ct. (2003) (holding that the unavailability of a transcript does not preclude petitioner from commencing habeas corpus proceedings and does not warrant equitable tolling). Accordingly,

CASE NO. 8:04-CR-00335-EAK-EAJ

it is:

**ORDERED** that the Government file a response to Defendant's, Javier Mauricio Bolanos-Rojas, Motion for Return of Property (Doc. 359) on or before June 20, 2011. Furthermore, Defendant's Request to Obtain Sentencing Transcripts without Prepayment of Fees or Costs (Doc. 360) is **DENIED**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 6th day of June, 2011.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record.

2